1  Joseph C. Faucher, No. 137353
   Brian Murray, No. 294100
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  15821 Ventura Blvd, Suite 510
   Encino, CA 91436
4  Telephone:     (213) 537-1016
   Facsimile:     (213) 537-1020
5  E-mail:        jfaucher@truckerhuss.com
                  bmurray@truckerhuss.com
6
   Robert F. Schwartz, SBN 227327
7  TRUCKER ✦ HUSS
   A Professional Corporation
8  One Embarcadero Center, 12th Floor
   San Francisco, CA 94111
9  Telephone:     (415) 788-3111
   Facsimile:     (415) 277-8008
10 E-mail:        rschwartz@truckerhuss.com

11

12 Attorneys for Plaintiffs/Petitioners Tom
   Dillon, Ed Ritelli, Jr., and Mark Quilici,
13 as Employer Trustees of the CMTA-Glass,
   Molders, Pottery, Plastics & Allied
14 (Local 164B) Workers Pension Trust

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18

19 Tom Dillon, Ed Ritelli, Jr. and Mark Quilici,     Case No. 20-cv-04472-VC
   as Employer Trustees of the CMTA-Glass,
20 Molders, Pottery, Plastics & Allied (Local        [PROPOSED] ORDER GRANTING
   164B) Workers Pension Trust,                      PETITION FOR ORDER APPOINTING
21                                                   IMPARTIAL UMPIRE
                          Plaintiffs/Petitioners,
22
              vs.
23
   Ignacio De La Fuente, Fernando Garcia,
24 Salvador Reynoso and Carlos Costa, Jr., as
   Union Trustees of the CMTA-Glass, Molders,
25 Pottery, Plastics & Allied (Local 164B)
   Workers Pension Trust, and the CMTA-Glass,
26 Molder, Pottery, Plastics & Allied (Local
   164B) Workers Pension Trust,
27
                          Defendants/Respondents.
28

Trucker ✦ Huss
A Professional Corporation
15821 Ventura Blvd, Suite 510
Encino, California 91436

1   The Petition of Plaintiffs/Petitioners Tom Dillon, Ed Ritelli, Jr. and Mark Quilici, as

2   Employer Trustees of the CMTA-Glass, Molders, Pottery, Plastics & Allied (Local 164B) Workers

3   Pension Trust, for Order Appointing Impartial Umpire came on for hearing on July 23, 2020.

4   Robert F. Schwartz appeared for Plaintiffs and Petitioners. William A. Sokol and Roberta Perkins

5   appeared for Defendants and Respondents.

6   The Court having heard arguments of counsel and good cause having been shown therefore,

7   IT IS HEREBY ORDERED that the Petition of Plaintiffs and Petitioners is GRANTED.

8   IT IS FURTHER ORDERED that, based upon the agreement of counsel, Robert Hirsch is

9   hereby appointed as impartial umpire to resolve the dispute described in Plaintiffs' Amended

10  Complaint (Dkt. #16). The parties have agreed that the arbitration hearing shall take place on

11  August 10, 2020.

12  IT IS FURTHER ORDERED that Robert Hirsch is hereby appointed to resolve any and all

13  further deadlocks and matters in dispute between and among the Petitioners and the Respondents in

14  connection with the property that is the subject of the Amended Complaint. This Court shall retain

15  jurisdiction over this matter to enforce the provisions of this order.

16

17  DATED: July 27, 2020                        _____

18                                              VINCE CHHABRIA
                                                District Judge

19

20

21

22

23

24

25

26

27

28

Trucker ♦ Huss
A Professional Corporation
15821 Ventura Blvd, Suite 510
Encino, California 91436

-1-